```
DISTRICT COURT OF THE VIRGIN ISLANDS
        DIVISION OF ST. CROIX
```

UNITED STATES OF AMERICA,  }
                           }
                           }       CASE NO. Cr. 2011/0016
vs.                        }
                           }
Hilario Gonzalez-Montalvo  }
                           }
_____}

TO:  Honorable Raymond L. Finch, Senior District Judge
     AUSA Allan Joihn-Baptiste
     AFPD or Attorney Patricia Schrader-Cooke
     U.S. Marshals Service
     U.S. Probation & Pretrial Services

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and LRCr 56.1(b)(14)(A) and has entered a plea of guilty to Count(s) V (5) of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea(s) was/were knowledgeable and voluntary as to each Count and the offense(s) charged is/are supported by in independent basis in fact continuing each of the essential elements of such offense(s). I therefore recommend that the plea(s) of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly.

Dated: 09/09/11

ENTER:

_____
George W. Cannon, Jr.
U.S. MAGISTRATE JUDGE

ATTEST:
WILFREDO MORALES
Clerk of Court
By: _____
    Deputy Clerk