## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

UNITED STAES OF AMERICA,    )
    )
       v.    )    **Criminal Action No. 2011-016**
    )
HILARIO GONZALES-MONTALVO,    )
    )
          Defendant.    )
_____  )

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

**UPON CONSIDERATION** of the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, Defendant Hilario Gonzales-Montalvo's plea of guilty to Count V of the Indictment, Unauthorized Use of a Social Security Number, is accepted, and the Defendant is adjudged guilty of such offense.  The sentence hearing date will be set by further order of this Court.

**SO ORDERED**.

Date: October 13, 2011        _____/s/_____
        WILMA A. LEWIS
        District Judge

copy:  AUSA, Alphonso Andrews, AUSA
       Patricia Schrader-Cooke, AFPD
       U.S. Probation Office
       U.S. Marshal's Office